Dear Judge Mix,

My name is Rebecca Duncan, I am Mr. Keith's common law wife, we have known and lived together for approximately 6 years. We met in Colorado Springs at work. The time that I have known Mr. Keith we became friends and he and his brother became roommates at my home in Colorado Springs. During this 2+ year time we grew closer and more intimate. I feel I know Chad extremely well. I believe his character is beyond reproach. He does many things to help people. Follows thru on projects. He helps folks broke down on the road as well.

As time went by, Chad had took it upon himself to see that I was looked after as an older woman. He did repairs around my house and property. Became friends with the neighbors. We grew close. As I decided to sell my house helped me ready it for sale. We took those proceeds and purchased a mountain property to make our life. This is a project and has taken time.

We found out that Chad had cancer and it brought us much closer together. We worked together to get the mountain plumbed and the cabins livable, and readied ourself for the winter. Even tho he was taking the 5 Chemo cocktail, RCHOP. He was a champion to be sure to keep us all working to make the mountain our home.

We've come back to reside in Colorado Springs. We work as we need to maintain a household. Chad is a very talented skilled tradesman in carpentry and mechanicals.

Chad Keith works hard to make sure his brothers always have some way to take care of their family. He has done pro bono work to help an elderly in a trailer park to ensure she had water, hot water, and no leaks... he cleaned up her place at no charge. Fixed her water.

When Chad's father was out of work, he paid for his dad to come up here and work, helped his father with some work and paid him to ensure his father would be able to pay his bills.

Mr Chad Keith has helped others with a place to live and given them work, food and a place to sleep. In several instances. He helped Anthony and Mason Colson when they got evicted for the inability to pay rent due to lay off, as well as several others.

I consider Chad Keith my Husband, and I am proud to stand by his side for all

reason. I will accept responsibility for any consideration he is given. He has my life long support. He is a good man.


Sincerely,
Rebecca L Duncan
719-648-0595